# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

PAUL BOLIN                                                                                                  PLAINTIFF

v.                                    No. 4:07CV00625 JLH/JTR

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                          DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as the Court's findings in all respects.

IT IS THEREFORE ORDERED that the final decision of the Commissioner of the Social Security Administration is affirmed. Plaintiff's complaint is dismissed with prejudice.

DATED this 5th day of August, 2008.

                                                             _____
                                                             J. LEON HOLMES
                                                             UNITED STATES DISTRICT JUDGE